DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>     v.                               )<br>                                      )<br> RICHARD KLEIN,                       )<br>                                      )<br>            Defendant.                )<br>_____) | NO. CR.S-11-457-GEB<br><br>**AMENDED**<br>**STIPULATION AND [PROPOSED] ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: January 6, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for RICHARD KLEIN, that the status conference hearing date of December 2, 2011 be vacated, and the matter be set for status conference on January 6, 2012 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 6, 2012 pursuant to 18 U.S.C.

1  §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.

3  DATED: November 30, 2011.          Respectfully submitted,
4
                                      DANIEL J. BRODERICK
5                                     Federal Public Defender

6

7                                     /s/ Matthew Scoble
                                      MATTHEW SCOBLE
8                                     Designated Counsel for Service
                                      Attorney for RICHARD KLEIN
9

10 DATED: November 30, 2011.          BENJAMIN WAGNER
                                      United States Attorney
11

12
                                      /s/ Matthew Scoble for
13                                    JASON HITT
                                      Assistant U.S. Attorney
14                                    Attorney for Plaintiff

15

16

17                                ORDER

18    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the December 2, 2011, status conference hearing be
20 continued to January 6, 2012, at 9:00 a.m.  Based on the representation
21 of defense counsel and good cause appearing there from, the Court
22 hereby finds that the failure to grant a continuance in this case would
23 deny defense counsel reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.  The
25 Court finds that the ends of justice to be served by granting a
26 continuance outweigh the best interests of the public and the defendant
27 in a speedy trial.  It is ordered that time up to and including the
28 January 6, 2012 status conference shall be excluded from computation of

1 time within which the trial of this matter must be commenced under the
2 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and
3 Local Code T-4, to allow defense counsel reasonable time to prepare.
4 Dated:   November 30, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge