DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD KLEIN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-457-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| RICHARD KLEIN, | ) | |
| | ) | Date:  March 30, 2012 |
| Defendant. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell Jr. |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for RICHARD KLEIN, that the status conference hearing date of February 17, 2012 be vacated, and the matter be set for status conference on March 30, 2012 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 30, 2012 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   February 16, 2012.                    Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Public Defender


                                               /s/ Matthew Scoble
                                               MATTHEW SCOBLE
                                               Designated Counsel for Service
                                               Attorney for RICHARD KLEIN

DATED:   February 16, 2012.                    BENJAMIN WAGNER
                                               United States Attorney


                                               /s/ Matthew Scoble for
                                               JASON HITT
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff




                                    ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 17, 2012, status conference hearing be continued to March 30, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 30, 2012 status conference shall be excluded from computation of

time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   February 16, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge