```
                              FILED
                              April 23, 2012
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA

                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | CASE NUMBER: 2:11-cr-00457 GEB |
| Plaintiff,   ) | |
| v.   ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| RICHARD RAYMOND KLEIN,   ) | |
| ) | |
| Defendant.   ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Richard Raymond Klein</u>; Case <u>2:11-cr-00457 GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

<u>X</u>   Defendant to be released on 4/24/2012 at 9:00 AM to the custody Pretrial Services to be transported to The Effort residential treatment facility.

\_   Bail Posted in the Sum of _____

\_   Unsecured Appearance Bond in the amount of $

\_   Appearance Bond with 10% Deposit

\_   Appearance Bond secured by Real Property

\_   Corporate Surety Bail Bond

<u>X</u>   (Other) <u>Pretrial Supervision/Conditions; hearing to be scheduled before completion of The Effort program.</u>

Issued at <u>Sacramento, CA</u> on <u>4/23/2012</u> at 2:55 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge