1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RICHARD KLEIN

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  NO. CR.S-11-457-GEB
11                                )
                Plaintiff,        )
12                                )  **STIPULATION AND [PROPOSED] ORDER;**
        v.                        )  **CONTINUING STATUS CONFERENCE**
13                                )  **AND EXCLUDING TIME**
   RICHARD KLEIN,                 )
14                                )  Date:  June 29, 2012
                Defendant.        )  Time:  9:00 a.m.
15 _____ )  Judge: Hon. Garland E. Burrell Jr.
                                   )
16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, JASON HITT, Assistant United States Attorney,

19 attorney for Plaintiff, and MATTHEW SCOBLE, attorney for RICHARD KLEIN,

20 that the status conference hearing date of May 18, 2012 be vacated, and

21 the matter be set for status conference on June 29, 2012 at 9:00 a.m.

22      The reason for this continuance is to allow defense counsel

23 additional time to review discovery with the defendant, to examine

24 possible defenses and to continue investigating the facts of the case.

25      Based upon the foregoing, the parties agree that the time under

26 the Speedy Trial Act should be excluded from the date of signing of

27 this order through and including June 29, 2012 pursuant to 18 U.S.C.

28 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

1  T4 based upon continuity of counsel and defense preparation.

2  DATED: May 15, 2012.                    Respectfully submitted,

3                                          DANIEL J. BRODERICK
4                                          Federal Public Defender

5

6                                          /s/ Matthew Scoble
                                           MATTHEW SCOBLE
7                                          Designated Counsel for Service
                                           Attorney for RICHARD KLEIN
8

9  DATED: May 15, 2012.                    BENJAMIN WAGNER
                                           United States Attorney
10

11
                                           /s/ Matthew Scoble for
12                                         JASON HITT
                                           Assistant U.S. Attorney
13                                         Attorney for Plaintiff

14

15

16                                ORDER

17      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
18 ordered that the May 18, 2012, status conference hearing be continued
19 to June 29, 2012, at 9:00 a.m.  Based on the representation of defense
20 counsel and good cause appearing there from, the Court hereby finds
21 that the failure to grant a continuance in this case would deny defense
22 counsel reasonable time necessary for effective preparation, taking
23 into account the exercise of due diligence.  The Court finds that the
24 ends of justice to be served by granting a continuance outweigh the
25 best interests of the public and the defendant in a speedy trial.  It
26 is ordered that time up to and including the June 29, 2012 status
27 conference shall be excluded from computation of time within which the
28 trial of this matter must be commenced under the Speedy Trial Act

pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: May 15, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

3