1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RICHARD KLEIN
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,       )  NO. CR.S-11-457-GEB
11                                  )
                Plaintiff,          )
12                                  )  **STIPULATION AND [PROPOSED] ORDER;**
        v.                          )  **CONTINUING STATUS CONFERENCE**
13                                  )         **AND EXCLUDING TIME**
   RICHARD KLEIN,                   )
14                                  )  Date: August 10, 2012
                Defendant.          )  Time: 9:00 a.m.
15 _____  )  Judge: Hon. Garland E. Burrell Jr.
                                    )
16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, JASON HITT, Assistant United States Attorney,

19 attorney for Plaintiff, and MATTHEW SCOBLE, attorney for RICHARD KLEIN,

20 that the status conference hearing date of June 29, 2012 be vacated,

21 and the matter be set for status conference on August 10, 2012 at 9:00

22 a.m.

23      The reason for this continuance is to allow defense counsel

24 additional time to review discovery with the defendant, to examine

25 possible defenses and to continue investigating the facts of the case.

26      Based upon the foregoing, the parties agree that the time under

27 the Speedy Trial Act should be excluded from the date of signing of

28 this order through and including August 10, 2012 pursuant to 18 U.S.C.

§3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 27, 2012.                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Matthew Scoble
                                         MATTHEW SCOBLE
                                         Designated Counsel for Service
                                         Attorney for RICHARD KLEIN


DATED: June 27, 2012.                    BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Matthew Scoble for
                                         JASON HITT
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 29, 2012, status conference hearing be continued to August 10, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the August 10, 2012 status conference shall be excluded from computation of time within

2

1  which the trial of this matter must be commenced under the Speedy Trial
2  Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code
3  T-4, to allow defense counsel reasonable time to prepare.

4  Dated:  June 27, 2012

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```