DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICHARD RAYMOND KLEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD RAYMOND KLEIN, ) <br> ) <br> Defendant. ) <br> ) | NO. 2:11-cr-00457-GEB <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** <br><br> Date:  January 18, 2013 <br> Time: 9:00 a.m. <br> Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, Assistant Federal Defender, attorney for RICHARD RAYMOND KLEIN, that the status conference hearing date of Friday, December 7, 2012, be vacated and a new status conference hearing date of Friday, January 18, 2013, at 9:00 a.m., be set.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 18, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity

///

///

of counsel and defense preparation, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: December 6, 2012

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Public Defender

                                      */s/ Matthew Scoble*
                                      MATTHEW SCOBLE
                                      Attorney for Defendant
                                      RICHARD RAYMOND KLEIN

DATED: December 6, 2012               BENJAMIN WAGNER
                                      United States Attorney

                                      */s/ Matthew Scoble for*
                                      JASON HITT
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on December 6, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference hearing currently scheduled for Friday, December 7, 2012, be vacated and that the case be set for **Friday, January 18, 2013, at 9:00 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 6, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of the signing of this order through and including January 18, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: December 6, 2012

                                                            GARLAND E. BURRELL, JR.
                                                            Senior United States District Judge