1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MATTHEW M. SCOBLE, #237432
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA  95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   RICHARD RAYMOND KLEIN

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )  Case No. 2:11-CR-457 TLN
                                       )
11              Plaintiff,             )  STIPULATION AND ORDER TO CONTINUE
                                       )  STATUS CONFERENCE AND TO EXCLUDE
12      v.                             )  TIME
                                       )
13  RICHARD RAYMOND KLEIN,             )  Date:   November 14, 2013
                                       )  Time:   9:30 a.m.
14              Defendant.             )  Judge:  Honorable Troy L. Nunley
                                       )
15  _____

16
            RICHARD RAYMOND KLEIN by and through his counsel, MATTHEW M. SCOBLE,
17
    Assistant Federal Defender, and JASON HITT, Assistant United States Attorney, hereby agree
18
    that the status conference set for October 17, 2013, be continued to November 14, 2013, at 9:30
19
    a.m.
20
            This continuance is necessary because defense counsel needs additional time to review
21
    the proposed plea agreement with the defendant.
22
            Counsel, along with the defendant, agree that the time from October 11, 2013 through
23
    November 14, 2013, should be excluded in computing the time within which the trial must
24
    commence under the Speedy Trial Act, §§3161(h)(7)(A) and (B)(iv) and Local Code T4,
25
    [continuity of counsel] and that the ends of justice served by this continuance outweigh the best
26
    interests of the public and the defendant in a speedy trial.
27  / / /

28

1    DATED: October 11, 2013          HEATHER E. WILLIAMS
2                                     Federal Defender

3                                     _/s/ Matthew M. Scoble_____
4                                     MATTHEW M. SCOBLE
                                      Assistant Federal Defender
5                                     Attorney for RICHARD RAYMOND KLEIN

6
7    DATED: October 11, 2013          BENJAMIN B. WAGNER
                                      United States Attorney
8
9                                     _/s/ Matthew M. Scoble for_
10                                    JASON HITT
                                      Assistant U.S. Attorney
11                                    Attorney for Plaintiff

12                     **O R D E R**

13         The Court, having received, read, and considered the stipulation of the parties, and good

14   cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The

15   Court specifically finds that the failure to grant a continuance in this case would deny counsel

16   reasonable time necessary for effective preparation, taking into account the exercise of due

17   diligence.   The Court finds that the ends of justice to be served by granting the requested

18   continuance outweigh the best interests of the public and defendant in a speedy trial.

19         The Court orders that the time from the date of the parties stipulation, up to and including

20   November 14, 2013, shall be excluded from computation of time within which the trial of this

21   case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A)and

22   (B)(iv) and Local Code T4 (reasonable time for counsel to prepare). It is further ordered that the

23   October 17, 2013 status conference shall be continued until November 14, 2013, at 9:30 a.m.

24   Dated: October 17, 2013

25
26                                    Troy L. Nunley
27                                    United States District Judge

28